No. 592, Misc. HARRIS *v.* McNEILL, STATE HOSPITAL SUPERINTENDENT. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 624, Misc. VAN PELT *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 634, Misc. LEWIS *v.* BUCHKOE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 457. GRIFFITH *v.* CALIFORNIA ET AL., 364 U. S. 476; and
No. 225, Misc. SCHAFFER *v.* CALIFORNIA, 364 U. S. 922. Petitions for rehearing denied.

No. 473. KOTRICH ET AL. *v.* COUNTY OF DU PAGE, ILLINOIS, ET AL., 364 U. S. 475; and
No. 500, Misc. CLINTON *v.* UNITED STATES, 364 U. S. 923. Motions for leave to file petitions for rehearing denied.

JANUARY 27, 1961.

No. 542, Misc. BARBONE ET AL. *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. Petition dismissed pursuant to stipulation under Rule 60 of the Rules of this Court. Petitioners *pro se. Solicitor General Cox* was on the stipulation for the United States. *J. Lee Rankin,* then Solicitor General, *Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Julia P. Cooper* were on the brief for the United States in opposition to the petition.